IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00472-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ROBERT L. SANDOVAL,

    Applicant,

v.

COLORADO STATE BOARD OF PAROLE,

    Respondent.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

Applicant, Robert L. Sandoval, has filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action.  Upon review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that one of the submitted documents is deficient as described in this Order.  Applicant will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   xx   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing authorization to calculate and disburse filing fee payments
(7)   __   is missing an original signature by the prisoner

(8)  xx   is not on proper form (must use the court's current form)
(9)  __   names in caption do not match names in caption of complaint, petition or habeas application
(10) xx   other: motion and supporting documents are necessary only if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(11) __   is not submitted
(12) __   is not on proper form (must use the Court's current 28 U.S.C. § 2241 form for challenging validity of conviction and sentence)
(13) __   is missing an original signature by the prisoner
(14) __   is missing page nos. __
(15) __   uses et al. instead of listing all parties in caption
(16) __   names in caption do not match names in text
(17) __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) xx   other: Must name current warden as Respondent.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Applicant files in response to this Order must include the civil action number on this order. It is

FURTHER ORDERED that Applicant shall obtain the court-approved form for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED February 25, 2014, at Denver, Colorado.

                      BY THE COURT:

                      s/ Boyd N. Boland
                      United States Magistrate Judge